**Order entered August 1, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01426-CR

**RICHARD THOMAS ALFANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-83426-2015**

## ORDER

We **REINSTATE** this appeal.

By order dated June 23, 2017, we abated this case for a hearing to determine why appellant's brief had not been filed. On July 28, 2017, appellant filed his brief, followed by a motion to extend time for filing the same. In the interest of expediting the appeal and because we have not received the trial court's findings, we **VACATE** the June 23, 2017 order requiring findings.

We **GRANT** appellant's July 28, 2017 motion and **ORDER** appellant's brief filed as of the date of this order.


/s/      LANA MYERS
          JUSTICE